ORIGINAL

FILED
FEB 1 2008
U.S. COURT OF FEDERAL CLAIMS

Callie A. Bjurstrom
Peter K. Hahn
Ben West
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff L-3 Services, Inc.

UNITED STATES COURT OF FEDERAL CLAIMS

L-3 Services, Inc., a Delaware Corporation,

Plaintiff,

v.

The United States,

Defendant.

Case No. 08-71 C

**RCFC 7.1 Disclosure Statement**

Pursuant to RCFC 7.1, Plaintiff L-3 Services, Inc. hereby identifies L-3 Communications Holdings, Inc. as its parent corporation owning 10% or more of Plaintiff's stock. L-3 Communications Holdings, Inc. is publicly traded on the New York Stock Exchange (LLL) and has its headquarters located at 600 Third Avenue, New York, NY 10016.

DATED: 1/31/, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: Ben West
Ben West
Attorneys for Plaintiff L-3 Services, Inc.

101069618.1