# In the United States Court of Federal Claims

No. 08-71 C
(Filed: March 5, 2008)

```
***********************************
L-3 SERVICES, INC., a Delaware    *
Corporation,                      *
                                  *
              Plaintiff,          *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, to promote docket efficiency, and with his concurrence, the court hereby directs the Clerk to transfer this case to the docket of Chief Judge Edward J. Damich.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge