IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L-3 SERVICES, INC., a Delaware Corporation, | ) | No. 08-71C |
| Plaintiff, | ) | Chief Judge Edward J. Damich |
| v. | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David M. Ruddy as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David M. Ruddy
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

s/David M. Ruddy
DAVID M. RUDDY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Phone: (202) 353-0517
Facsimile: (202) 307-0345

March 11, 2008