IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L-3 SERVICES, INC., a Delaware Corporation, | ) | No. 08-71C |
| Plaintiff, | ) | |
| v. | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME TO FILE ITS ANSWER**

Defendant the United States ("the Government") hereby moves for a fifty nine (59) day enlargement of time to answer, or otherwise respond to, Plaintiff's Complaint filed February 1, 2008. The Answer is currently due on April 1, 2008. The Government seeks a fifty nine (59) day enlargement of time to file its Answer up to, and including, Friday, May 30, 2008. On March 27, 2008, counsel for the Government conferred with plaintiff's counsel, who stated that plaintiff will not oppose the requested enlargement.

The requested enlargement of time is needed to complete the investigation of the allegations in the Complaint and to prepare any defenses that the government may have. This case is a complex patent matter. In order to analyze the Government's potential defenses and prepare a through response to Plaintiff's Complaint, the Government must review a lengthy prosecution history and perform an extensive evaluation of prior art. Furthermore, in this instance, to fully investigate the allegations raised by plaintiff in its Complaint, the Government must research a hierarchy of government-contractor agreements as well as multiple contractor-subcontractor agreements.

For these reasons, the Government respectfully requests that it be granted an enlargement of fifty nine (59) days to file its Answer to Plaintiff's Complaint and the final date for filing the Answer be set for Friday, May 30, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

s/David M. Ruddy
DAVID M. RUDDY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Email: david.ruddy@usdoj.gov
Phone: (202) 353-0517
Facsimile: (202) 307-0345

March 28, 2008