UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 Services, Inc., a Delaware Corporation,<br>Plaintiff,<br>v.<br>The United States of America,<br>Defendant. | Case No. 08-71 C<br>Chief Judge Edward J. Damich |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RCFC 41(a)(1)(ii)**

Plaintiff L-3 Services, Inc. and Defendant United States of America, pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, hereby stipulate to dismissal of the above-captioned action without prejudice and with each party bearing its own fees and costs.

Plaintiff reserves the right to refile its action against Defendant following resolution of Plaintiff's case against Ktech Corporation in the United States District Court for the Southern District of California, Case No. 07 CV 1097 BEN LSP.

Respectfully submitted,

s/Ben West
BEN WEST
Attorney for Plaintiff L-3 Services, Inc.
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101
Telephone: 619.533.7366
Fax No.: 619.744.3681

s/David M. Ruddy
DAVID M. RUDDY
Attorney for Defendant United States
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: 202.353.0517
Fax No.: 202.307.0345

May 29, 2008

101096714.1